HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALL IN CAPITAL FUNDING, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM F SHARP,<br><br>　　　　　　Defendant. | CASE NO. C15-5760 RBL<br><br>ORDER DENYING IFP AND REMANDING TO CLARK COUNTY<br><br>[Dkt. #s 1 and 6] |

THIS MATTER is before the Court on Defendant Sharp's Application to *proceed in forma pauperis* and Plaintiff All In Capital Funding's Motion to Remand. The case began as a post-foreclosure unlawful detainer proceeding under Chapter 61.24 RCW, in Clark County. Sharp removed the case, claiming both federal question and diversity jurisdiction, though his notice demonstrated the existence of neither.

Sharp seeks *in forma pauperis* status [Dkt. #1] to avoid paying the filing fee. All In Capital Funding seeks remand [Dkt. #6], pointing out that its state court complaint raised exactly one state law claim, that the parties are not of diverse citizenship, and the amount in controversy does not meet the jurisdictional minimum.

ORDER - 1

1   The party asserting federal jurisdiction has the burden of proof on a motion to remand to
2   state court. *Conrad Associates v. Hartford Accident & Indemnity Co.*, 994 F. Supp. 1196 (N.D.
3   Cal. 1998). The removal statute is strictly construed against removal jurisdiction. The strong
4   presumption against removal jurisdiction means that the defendant always has the burden of
5   establishing removal is proper. It is obligated to do so by a preponderance of the evidence. *Id.*
6   at 1198, 1199; *see also Gaus v. Miles*, 980 F.2d 564, 567 (9th Cir. 1992). Federal jurisdiction
7   must be rejected if there is any doubt as to the right of removal in the first instance. *Id.* at 566.

8   Sharp has made no showing whatsoever that this case was or is removable. The
9   complaint arises only under state law, the parties are not diverse, and Sharp has not even
10  attempted to demonstrate that this Court's amount in controversy requirement is met.

11  Though he is *pro se,* and the Court will construe his pleading liberally, there is no
12  reading that supports removal. This Court does not have jurisdiction over the case. All In Capital
13  Funding's Motion to Remand is **GRANTED**. This case is **REMANDED** to Clark County
14  Superior Court. Sharp's Motion application to proceed *in forma pauperis* is **DENIED** as moot.

15  IT IS SO ORDERED.
16  Dated this 4th day of November, 2015.

17
18                                                  Ronald B. Leighton
19                                                  United States District Judge

ORDER - 2